PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Proceeding by the People of the State of New York against Benjamin W. Smith. S. Saltzman, for appellant. R. C. Taylor, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. STRAUSS. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Proceeding by the People of the State of New York against Ascher Strauss. No opinion. Motion granted. Order filed.

PEOPLE v. SWEENEY. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York against Wallace W. Sweeney. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. VAINAUX. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York against Leo Vainaux. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. AMBROSE, Appellant, v. TOMPKINS, Respondent. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Proceeding by the People of the State of New York, on the relation of John F. Ambrose, against Galvin Tompkins, as Commissioner. W. A. Sweetser, for appellant. H. Crone, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PEOPLE ex rel. ASTOR v. DICKEY et al. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Proceeding by the People of the State of New York on the relation of William W. Astor against William D. Dickey and another, Commissioners. B. E. V. McCarty, for relator. C. J. Nehrbas, for defendants. No opinion. Writ dismissed, with $50 costs and disbursements. Settle order on notice.

PEOPLE ex rel. BARLING, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York, on the relation of Walter R. Barling, against the Board of Education. J. K. Holtzmann, for appellant. C. McIntyre, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. FAITOUTE v. CREELMAN et al. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Proceeding by the People of the State of New York, on the relation of Frederick B. Faitoute, against James Creelman and others. No opinion. Order resettled, so as to certify that decision was made as matter of law, and not in the exercise of discretion. Settle order on notice. See, also, 132 N. Y. Supp. 176.

PEOPLE ex rel. FLAXMAN v. HENNESSY et al. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Proceeding by the People of the State of New York, on the relation of Louis Flaxman, against Joseph P. Hennessy and others.

PER CURIAM. Order (134 N. Y. Supp. 145) affirmed, with $10 costs and disbursements.

BURR, J., not voting.

PEOPLE ex rel. HADSELL, Respondent, v. TOMPKINS, Sheriff, Appellant. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Proceeding by the People of the State of New York, on the relation of Jerome B. Hadsell, against Maurice Tompkins, as Sheriff of Broome County.

PER CURIAM. Order affirmed, with costs.

SMITH, P. J., concurs, upon the authority of People ex rel. Livingston v. Wyatt, 186 N. Y. 383, 79 N. E. 330, 10 L. R. A. (N. S.) 159, 9 Ann. Cas. 972.

HOUGHTON, J., concurs, on the ground that the witness was privileged from answering the questions, because they might tend to incriminate him.

KELLOGG, J., votes for reversal.

LYON, J., not sitting.

PEOPLE ex rel. HAIDUVEN, Appellant, v. FROTHINGHAM, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York, on the relation of Edward S. Haiduven, against Edward V. Frothingham, as Commissioner, etc. A. J. Talley, for appellant. H. Crone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. HUBERT v. KAISER, Warden. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York, on the relation of Martin F. Hubert, against Harry M. Kaiser, Warden. No opinion. Application denied.

PEOPLE ex rel. McMAHON, Appellant, v. CREELMAN et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York, on the relation of Patrick J. McMahon, against James Creelman and others, as Commissioners, etc. A. J. Talley, for appellant. H. Crone, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.